# Second Amended Exhibit A

| Plaintiff Name | Cause Number | Lead Counsel |
|---|---|---|
| Sebastian, Derek M. & Patricia | 1:19-cv-01949 | SAUNDERS & WALKER, P.A. |
| Elliott, Robert | 1:20-cv-06175 | BEN MARTIN LAW FIRM |
| Reeves, David | 1:24-cv-00187 | ONDERLAW, LLC |
| Reed, Sebrina | 1:24-cv-02166 | MCSWEENEY LANGEVIN LLC |
| Bethea, Monettie | 1:25-cv-00023 | ONDERLAW, LLC |

DMS_US.370591906.1 - 6/5/2025 11:48:00 AM